■ JOSEPH MELI, Respondent, v SAFWAY SERVICES, LLC, Formerly Known as SAFWAY SCAFFOLDING, LLC and Another, Appellant. [51 NYS3d 463]—Appeal from an order of the Supreme Court, Erie County (Christopher J. Burns, J.), entered April 15, 2016. The order, insofar as appealed from, denied the motion of defendant for summary judgment.

Now, upon reading and filing the stipulation of discontinuance signed by the attorneys for the parties on April 6 and 10, 2017,

It is hereby ordered that said appeal is unanimously dismissed without costs upon stipulation. Present—Whalen, P.J., Lindley, DeJoseph, NeMoyer and Curran, JJ.